UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)     CASE NO. MJ 16-002
    Plaintiff, )
)
    v. )
)     DETENTION ORDER
ERIN TERRIL WILEY, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:     Conspiracy to Commit Bank Fraud

<u>Date of Detention Hearing</u>:    February 23, 2016.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.     Defendant has been charged by complaint with using Point-of-Sale terminals to

DETENTION ORDER
PAGE -1

01  fraudulently process returns from retail merchants, then loading the funds onto prepaid cards

02  and withdrawing the allegedly fraudulently funds as cash withdrawals.   The AUSA proffers

03  that over one million dollars in proceeds from the scheme has not been recovered.

04         2.     Defendant's criminal history includes many failures to appear for court with

05  resultant bench warrant activity.   There is an outstanding warrant from Kent Municipal Court

06  related to failure to pay fines. Defendant is associated with at least four known aliases (the

07  AUSA proffers there are more than that number), three different social security numbers and

08  two different dates of birth.

09         3.     The AUSA proffers that case agents attempted to arrest defendant at his current

10  residence on several occasions, and were told by an unknown male that he did not know who

11  defendant was, despite defendant having been seen by case agents at the residence previously.

12  Defendant was ultimately arrested in Pierce County, at first giving his brother's name, then

13  admitting to his true identity.

14         4.     Defendant poses a risk of nonappearance due to a history of failing to appear,

15  history of controlled substance use, lack of employment, alias identifications, allegations of

16  attempts to elude arrest, and outstanding warrant activity. Defendant poses a risk of danger due

17  to criminal history and the nature of the instant charges.

18         5.     There does not appear to be any condition or combination of conditions that will

19  reasonably assure the defendant's appearance at future Court hearings while addressing the

20  danger to other persons or the community.

21  It is therefore ORDERED:

22     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

DETENTION ORDER
PAGE -2

01    General for confinement in a correction facility separate, to the extent practicable, from

02    persons awaiting or serving sentences or being held in custody pending appeal;

03    2.   Defendant shall be afforded reasonable opportunity for private consultation with

04    counsel;

05    3.   On order of the United States or on request of an attorney for the Government, the

06    person in charge of the corrections facility in which defendant is confined shall deliver

07    the defendant to a United States Marshal for the purpose of an appearance in connection

08    with a court proceeding; and

09    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

10    for the defendant, to the United States Marshal, and to the United State Pretrial Services

11    Officer.

12    DATED this 24th day of February, 2016.

14    Mary Alice Theiler
      United States Magistrate Judge

DETENTION ORDER
PAGE -3